UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                    Petitioner,

        v.

ROBERT FERGUSON, ROBERT JACKSON,

                    Respondent.

CASE NO. 3:26-CV-5127-KKE-DWC

REPORT AND RECOMMENDATION

Noting Date: March 12, 2026

Petitioner John Robert Demos, Jr. has filed an application to proceed *in forma pauperis* (IFP) and a proposed 28 U.S.C. § 2254 habeas petition.[1] Dkts. 1, 1-1. An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). Mr. Demos did not submit with his materials the requisite filing fee for this action.

---

[1] Petitioner used a form for filing under 28 U.S.C. § 2241, but modified the form to reflect that the petition is filed pursuant to "28 U.S.C. § 2241/2254." Dkt. 1-1 at 1. Because it appears that Petitioner seeks to challenge the validity of his state court conviction, the Court construes the petition as arising under 28 U.S.C. § 2254.

REPORT AND RECOMMENDATION - 1

As Mr. Demos has not submitted a filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 12, 2026.**

Dated this 19th day of February, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2