UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                      Petitioner,

      v.

ROBERT FERGUSON, ROBERT JACKSON,

                Respondent.

CASE NO. 3:26-CV-5127-KKE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner John Robert Demos, Jr. has filed an application to proceed *in forma pauperis* ("IFP") and a proposed 28 U.S.C. § 2254[1] habeas petition. Dkt. No. 1. The matter is now before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David W. Christel. Dkt. No. 2. Judge Christel explained that an "Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee." *Id.* at 1 (citing *Demos v. Stanley*, No. MC-97-0031-JLW (W.D. Wash. Mar. 13, 1997) ("the 1997 Order")). Because Demos

---

[1] Although Petitioner used a standard form for filing under 28 U.S.C. § 2241, he amended the heading of the form to clarify that he brought his petition under "28 U.S.C. § 2241/2254." Dkt. No. 1-1 at 1. As Judge Christel observed, "[b]ecause it appears that Petitioner seeks to challenge the validity of his state court conviction," (Dkt. No. 2 at 1 n. 1) the Court will construe his petition as arising under 28 U.S.C. § 2254.

failed to pay the filing fee (*see* Dkt. No. 1), Judge Christel recommended that this case be administratively closed pursuant to the 1997 Order.  Dkt. No. 2 at 2.

Demos subsequently filed objections, none of which directly addresses the issue raised by Judge Christel's R&R or the 1997 Order.  *See* Dkt. No. 3.  Instead, Demos lodges general grievances against the Prison Litigation Reform Act ("PLRA") "as enacted, enforced, and applied," and asserts, without explanation, that Judge Christel's R&R "smacks of" "plain error." *Id.* at 2–3.  At the same time, Demos suggests he never received the R&R, stating that he "should not be penalized for a failure to … object" to the R&R as it "was misrouted, lost in the mail, or was given to the wrong inmate." *Id.* at 4.  The Court will overrule Demos' objections because he fails to address the substance of the R&R, and his timely filed objections suggest that he did, indeed, receive and review the R&R.

As such, the Court, having reviewed the R&R of Magistrate Judge David W. Christel, Petitioner's objections, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.  Dkt. No. 2.

(2)    As Petitioner has submitted no filing fee, pursuant to the Court's Order of March 13, 1997, the Clerk is directed to administratively close this matter.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 13th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2